No. 91–5979.  LYLE v. SAGINAW COUNTY CIRCUIT COURT STE-
NOGRAPHER.  Ct. App. Mich.  Certiorari denied.

No. 91–5982.  RICHARDSON v. TEXAS.  Ct. App. Tex., 1st Dist.
Certiorari denied.

No. 91–5992.  HUDSPETH v. HUDSPETH.  C. A. 11th Cir.  Cer-
tiorari denied.

No. 91–6001.  WILLIAMS v. MICHIGAN DEPARTMENT OF COR-
RECTIONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–6012.  BEARDSLEE v. CALIFORNIA.  Sup. Ct. Cal.  Cer-
tiorari denied.

No. 91–6053.  MORALES v. UNITED STATES.  C. A. 3d Cir.  Cer-
tiorari denied.

No. 91–6062.  NIELSEN v. SOCIETY OF THE NEW YORK HOSPI-
TAL.  C. A. 2d Cir.  Certiorari denied.

No. 91–6081.  YILDIRIM v. UNITED STATES.  C. A. 11th Cir.
Certiorari denied.

No. 91–6083.  KIRBY v. UNITED STATES.  C. A. 10th Cir.  Cer-
tiorari denied.

No. 91–6088.  WILLIAMSON v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 91–6089.  SNYDER v. UNITED STATES.  C. A. 10th Cir.
Certiorari denied.

No. 91–6095.  BANDIN v. UNITED STATES.  C. A. 9th Cir.  Cer-
tiorari denied.

No. 91–6102.  HAYES v. FLORIDA.  Sup. Ct. Fla.  Certiorari
denied.

No. 91–6105.  LAUZON v. UNITED STATES.  C. A. 1st Cir.  Cer-
tiorari denied.

No. 91–6108.  EVANS v. UNITED STATES.  C. A. 5th Cir.  Cer-
tiorari denied.